1:24-cv-597
Phillip J. Green
U.S. Magistrate Judge

FILED - GR
June 6, 2024 12:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB /6/6

To whom it may concern:,

My name is Nathaniel Peter Kennison and I am being victimized by the various governments in Muskegon County Michigan, From the year 1999-2013, then starting again in December in the year 2022.

Last May (2023) i was a victim of police brutality when some police broke my ribs when they arrested me for no reason. On Feb. 27th 2024 I was kidnapped and I am currently being illegally held in jail. 2 men from Muskegon County Sheriff dept impersonated GRPD and I was "arrested" for no reason im being held hostage here. I already served over 90 jail days and as of today I've served 221 jail days for a 90 day resisting arrest charge.

I have crohn's disease and the food here also made me sick,
I want to file a law suit against the State and the county in Muskegon but I don't know how.
Is there any help you can provide?

Signed,
Nathan Peter Kennison

Nathaniel P. Kennison

Muskegon County Jail
980 Terrace Street
Muskegon, MI  49440

GRAND RAPIDS MI  493

4 JUN 2024   PM 2  L



FREEDOM
FOREVER/USA

Court Clerk of U.S. Federal Court
399 Federal Building
110 Michigan Ave.
Grand Rapid's, MI 49503

49503-230099