UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NATHANIEL PETER KENNISON,

       Plaintiff,             Case No. 1:24-cv-597

v.                                     Honorable Phillip J. Green

STATE OF MICHIGAN, et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  September 9, 2024             /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge